FORM L18 Notice of Entry of Order in a Bankruptcy Case  (v.9.14)                                  23–11385 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:**   23–11385 – B – 13

**Debtor Name(s), Social Security Number(s), and Address(es):**

Rachel M. Doherty
xxx–xx–3578

1489 E. Magill Avenue
Fresno, CA 93710

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Rachel Marie Doherty
Rachel Johnson

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on August 21, 2023 . The document number and docket text for this order are set forth below.

   **[21] – Order Confirming Chapter 13 Plan. (lbef)**

Dated:
8/21/23

For the Court,
Wayne Blackwelder , Clerk